## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **YOLLA DEMIAN DAHER** | * | **CIVIL ACTION NO.:3:22-CV-00399** |
| | * | |
| | * | **JUDGE: SHELLY DICK** |
| | * | |
| **VERSUS** | * | **MAGISTRATE JUDGE: RICHARD** |
| | * | **L BOURGEOIS, JR.** |
| **AMICA MUTUAL INSURANCE COMPANY AND ERIN M. ZUMDAHL** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FILED:** _____    _____

                                                                         **DEPUTY CLERK**

## JOINT NOTICE OF SETTLEMENT

**NOW INTO COURT**, through undersigned counsel of record, come plaintiff, Yolla Demian Daher and defendant, Amica Mutual Insurance Company and Erin M. Zumdahl on suggesting to this Honorable Court that all parties have settled and compromised any and all claims by plaintiff against defendant, and desire that this matter be dismissed, with prejudice, each party to bear their own costs.

| Respectfully Submitted:<br>**LAW OFFICE OF VINCENT J. DESALVO**<br><br>BY: _/s/ Andretta Breaux-Atkins_<br>**VINCENT J. DESALVO, #4900**<br>**ANDRETTA BREAUX-ATKINS, #36791**<br>7918 Wrenwood Blvd., Suite A<br>Baton Rouge, Louisiana 70809<br>Telephone: 225-927-7033<br>**Attorneys for plaintiff, Yolla Demian Daher** | Respectfully Submitted:<br><br>**DEUTSCH KERRIGAN, LLP**<br><br>BY: __/s/ Anne E. Medo_<br>**SEAN P. MOUNT, #27584**<br>**ANNE E. MEDO, #24556**<br>755 Magazine Street<br>New Orleans, LA 70130<br>Telephone: 504-581-5141<br>Email: smount@deutschkerrigan.com<br>           amedo@deutschkerrigan.com<br>**Attorneys for defendants, Amica Mutual Insurance Company and Erin M. Zumdahl** |
|---|---|

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this _____ day of March, 2024, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing, e-mailing, faxing, or mailing same by United States mail, properly addressed and first class postage prepaid.

                                        */s/ Anne E. Medo*

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **YOLLA DEMIAN DAHER** | * | **CIVIL ACTION NO.:3:22-CV-00399** |
| | * | |
| | * | **JUDGE: SHELLY DEDKERT DICK** |
| | * | |
| **VERSUS** | * | **MAGISTRATE JUDGE: RICHARD** |
| | * | **L BOURGEOIS, JR.** |
| **AMICA MUTUAL INSURANCE COMPANY** | * | |
| **AND ERIN M. ZUMDAHL** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED:** _____    _____
                                                                    **DEPUTY CLERK**

## <u>ORDER</u>

**CONSIDERING** the Motion and Order to Dismiss with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that considering the law and motion of counsel, that plaintiff, Yolla Demian Daher , claims asserted in this matter be and are hereby dismissed, with prejudice, each party to bear its own cost of Court.

**NEW ORLEANS, LOUISIANA** this _____ day of April, 2024.

_____
**DISTRICT JUDGE**

4