UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

YOLLA DEMIAN DAHER

VERSUS

AMICA MUTUAL INSURANCE COMPANY, ET AL

CIVIL ACTION

22-399-SDD-RLB

### ORDER

**CONSIDERING** the *Joint Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on March 25, 2024.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9.

Jury